**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:19 CV 52**

| | | |
|---|---|---|
| **ROBERT V. WILKIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **NATIONSTAR MORTGAGE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court on the filing of Plaintiff's Second Amended Complaint (Doc. 18).

Plaintiff, who is appearing *pro se*, filed his first Amended Complaint (Doc. 12) on May 6, 2019. Additional amendments, however, require leave of Court or the consent of the opposing party. See Fed. R. Civ. Proc. 15(a)(2). As Plaintiff's Second Amended Complaint was filed without leave of Court, and further as there is no evidence of Defendant's consent, the filing is improper.

Accordingly, Plaintiff's Second Amended Complaint (Doc. 18) is hereby **STRICKEN**. Should Plaintiff wish to amend his existing Complaint further, such action must be accomplished in accordance with the Rules of Civil Procedure and the Local Rules of this District.

Signed: June 19, 2019

W. Carleton Metcalf
United States Magistrate Judge