THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00052-MR-WCM

ROBERT V. WILKIE,             )
                              )
             Plaintiff,       )
                              )
      vs.                     )        **O R D E R**
                              )
NATIONSTAR MORTGAGE LLC       )
d/b/a MR COOPER MORTGAGE LLC, )
                              )
             Defendant.       )
_____)

**THIS MATTER** is before the Court on the Plaintiff's "Notice of Motion and Motion to Compel Nationstar Mortgage into Producing a Response to Notice of Error Letter Pursuant to 12 CFR § 1024.35" [Doc. 33] and the Plaintiff's "Notice of Motion and Motion to Dismiss Plaintiff's Motion to Compel; Nationstar Responded" [Doc. 36].

The *pro se* Plaintiff moves to "dismiss" the Motion to Compel that he filed against the Defendant on July 24, 2019. [Docs. 33, 36]. For cause shown, the Plaintiff's Motion to Compel will be denied as moot.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Notice of Motion and Motion to Dismiss Plaintiff's Motion to Compel; Nationstar Responded" [Doc. 36] is hereby **GRANTED**, and the Plaintiff's "Notice of Motion and Motion to Compel Nationstar Mortgage into Producing a

Response to Notice of Error Letter Pursuant to 12 CFR § 1024.35" [Doc. 33] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: October 7, 2019

Martin Reidinger
United States District Judge